**Gena O'NEAL, Plaintiff–Appellant,**

v.

**John O. BRENNAN, Defendant–Appellee.**

No. 15–1622.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Gena O'Neal, Appellant Pro Se. R. Joseph Sher, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gena O'Neal appeals the district court's order granting Defendant's motion to dismiss her action alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 2012 & Supp.2015). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because O'Neal's informal brief does not challenge the bases for the district court's disposition, O'Neil has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*